IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ROGER LEE BAKER, JR.,   * | |
| Plaintiff,   * | |
| v.   * | Case No. 4:22-CV-23 (CDL) |
| BILL JOHNSON, *et al.*,   * | |
| Defendants.   * | |

## J U D G M E N T

Pursuant to this Court's Order dated July 21, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 21st day of July, 2022.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk